IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF LATEEF DOTSON | : | MISCELLANEOUS ACTION |
| *Through DIANE C. DOUGLAS (estate* | : | |
| *administrator and individually)*, et al. | : | No. 25-14 |
| | : | |
| v. | : | |
| | : | |
| GARY W. GRAY TRUCKING, et al. | : | |

## **ORDER**

AND NOW, this 21st day of July, 2025, upon consideration of Plaintiffs' Motion to Quash

the Defendant's Subpoena (ECF No. 1) and Defendant's Response in Opposition, and for the

reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

The Clerk of Court is DIRECTED to mark this case CLOSED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.